CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHELLE LO (NYRN 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7180
    FAX: (415) 436-6748
    Michelle.Lo@usdoj.gov

Attorneys for Plaintiff the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-CV-7201 JCS |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES; DECLARATION; ORDER** |
| v. | |
| BOUTIQUE AIR, INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff, United States of America, and Defendant, Boutique Air, Inc., jointly submit this stipulation to continue the initial case management conference currently set for April 15, 2026, to June 17, 2026, or the next available date that is convenient for the Court, as well as related case management deadlines. The parties set forth below the basis for this request:

1. On August 26, 2025, the United States of America, on behalf of the Federal Aviation Administration (FAA), filed a complaint under 49 U.S.C. § 46301 to collect civil penalties against Defendant Boutique Air, Inc. for multiple alleged violations of FAA regulations. ECF No. 1.

2. On August 28, 2025, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines that set the deadline for the joint case management statement as November 19, 2025, and set an initial case management conference on November 26, 2025. ECF No. 5. On October 16, 2025, the Court continued the deadline for the joint case management statement to

November 26, 2025, and the initial case management conference to December 3, 2025.  ECF No. 8.

3.    On October 27, 2025, Defendant filed its answer to the complaint.  ECF No. 10.

4.    On November 10, 2025, the Court granted the parties' stipulation and continued the deadline for the joint case management statement to February 4, 2026, and the initial case management conference to February 11, 2026.  ECF No. 18.

5.    On January 28, 2026, the Court granted the parties' stipulation and continued the deadline for the joint case management statement to April 8, 2026, and the initial case management conference to April 15, 2026.  ECF No. 20.

6.    Over the past few months, counsel for the parties have exchanged correspondence and relevant documents in an effort to narrow and potentially resolve the issues in dispute before engaging in active litigation.  The parties' discussions have been productive and will likely narrow the issues in dispute and may lead to settlement.  The parties anticipate having further discussions and exchanges of information in the coming weeks.  The parties believe that allowing the parties a further opportunity to confer will serve the interests of judicial economy, and respectfully request that the Court permit this process to continue by extending case management deadlines and the initial case management conference as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 3/25/26 | 6/3/26 |
| Deadline to make initial disclosures | 4/8/26 | 6/10/26 |
| Deadline to file joint case management statement | 4/8/26 | 6/10/26 |
| Initial case management conference | 4/15/26 at 2:00 p.m. via Zoom | 6/17/26 at 2:00 p.m. via Zoom |

6.    The parties have made two prior requests to continue the initial case management conference and related deadlines.  This change will not alter the date of any other event or any deadline

CASE NO. 3:25-7201 JCS
JOINT STIPULATION TO CONTINUE INITIAL CMC AND CASE MANAGEMENT DEADLINES

already fixed by Court order, other than the date for the initial case management conference.

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, subject to the approval of the Court, that case management conference and related case management dates be continued as set forth above.

Dated:  April 1, 2026                                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Michelle Lo_____
Michelle Lo
Assistant United States Attorney

Counsel for Plaintiff

Dated: April 1, 2026                          _/s/ Douglas L. Stuart_____
Douglas L. Stuart
Takehara & Stuart LLP

Counsel for Defendant

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

CASE NO. 3:25-7201 JCS
JOINT STIPULATION TO CONTINUE INITIAL CMC AND CASE MANAGEMENT DEADLINES

**DECLARATION OF MICHELLE LO**

I, Michelle Lo, declare and state as follows:

1.      I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California.  I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.  I make this declaration in support of the parties' Joint Stipulation to Continue Initial Case Management Conference and Case Management Deadlines.

2.      On November 10, 2025, the Court granted the parties' stipulation and continued the deadline for the joint case management statement to February 4, 2026, and the initial case management conference to February 11, 2026.  ECF No. 18.

3.      On January 28, 2026, the Court granted the parties' stipulation and continued the deadline for the joint case management statement to April 8, 2026, and the initial case management conference to April 15, 2026.  ECF No. 20.

4.      Over the past few months, counsel for Defendant and I have exchanged correspondence and relevant documents in an effort to narrow and potentially resolve the issues in dispute before engaging in active litigation.  Our discussions have been productive and will likely narrow the issues in dispute.  We anticipate having further discussions and exchanges of information in the coming weeks.

5.      The parties therefore respectfully request that the Court permit this process to continue by extending the case management deadlines and the initial case management conference by approximately two months.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 1, 2026                                  _/s/ Michelle Lo_____
                                                                    Michelle Lo

CASE NO. 3:25-7201 JCS
JOINT STIPULATION TO CONTINUE INITIAL CMC AND CASE MANAGEMENT DEADLINES

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial case management conference and case management deadlines are reset as follows:

| | |
|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 6/3/26 |
| Deadline to make initial disclosures | 6/10/26 |
| Deadline to file joint case management statement | 6/10/26 |
| Initial case management conference | 6/17/25 at 2:00 p.m. via Zoom |

DATE: April 2, 2026

_____
The Honorable Joseph C. Spero
U.S. Magistrate Judge

CASE NO. 3:25-7201 JCS
JOINT STIPULATION TO CONTINUE INITIAL CMC AND CASE MANAGEMENT DEADLINES